

FILED
JAN 31 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

"EEON" F.K.A. BRETT JONES, ET AL.,        CA. 4:19-MC-80288-KAW

PETITIONER(S),

v.                                        **MOTION FOR DEFAULT and DEFAULT JUDGMENT**

THE, ET ... AL ...

RESPONDENT(S).

### Motion for Default and Default Judgment

On this the 25th day of January 2020, Defendant(s) "the Attorney General William Barr United States Department of Justice," "the Superior Court of California," and "the Judicial Council of California," all parties to the instant matter, were properly and timely served a copy of Petitioner's Motion to Confirm Arbitration Award; a matter of Federal Arbitration involving commercial business as defined by the Clearfield Doctrine. Respondent(s) have waived all rights associated hereto as a matter of contract, the Federal Arbitration Act (Hereinafter "F.A.A."), Arbitration and Award and as such are in irrevocable default and judgment is requested in accordance with the "Must Grant" provision of 9 U.S.C. § 9.

An Award was granted to Petitioner by the Arbitrator and this Court is hereby petitioned to issue an Order converting the Award into a judgment, without weighing on the merits; and as mandated by the F.A.A. and the Supreme Court of the United States – 586 US _____ (2019).

Request is executed by Petitioner on this 25th day of January 2020.

_____
Eeon f.k.a. Brett Jones, Petitioner

## ALL-PURPOSE PROOF OF SERVICE

I, <u>Eeon f.k.a. Brett Jones</u>, being at or above the age of 18, of the majority and a citizen of the United States of America, did mail the document entitled:

MOTION FOR DEFAULT AND DEFAULT JUDGMENT

by placing it in an envelope addressed to: Name and address:

United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California 94612-5212          USPS Tracking Number 9405511699000604695117

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day January 25, 2020.

/s/ *Eeon* f.k.a. *Brett Jones*