UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEON,<br><br>    Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION - OFFICE OF INTERNAL AFFAIRS, et al.,<br><br>    Respondents. | Case No. 19-mc-80288-KAW<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT AND MOTION TO STRIKE**<br><br>Re: Dkt. Nos. 4, 5 |

On December 5, 2019, Petitioner Eeon, f.k.a. Brett Jones, filed a motion to confirm a $600 million arbitration award purportedly entered against various California and federal government entities and officials. (Dkt. No. 1.) On January 8, 2020, the California Respondents filed an opposition, in which they requested that the Court vacate the arbitration award. (Dkt. No. 2.)

On January 17, 2020, the Court denied Petitioner's motion to confirm and vacated the "arbitration award." (Order, Dkt. No. 3.) The Court explained that the arbitration award was not valid because there was no agreement to arbitrate. (*Id.* at 2.) Further, the Court found that arbitration award had to be vacated, observing that "multiple courts around the country have expressed doubts regarding Sitcomm's validity" and that the arbitration award was devoid of "any fact-finding" and contained "nonsensical" terms. (*Id.* (internal quotation omitted); *see also id.* at 3-4.)

On January 31, 2020, Petitioner filed a "Motion for Default and Default Judgment" against federal Respondents, the Superior Court of California, and the Judicial Council of California. (Pet.'s Mot. for Default J., Dkt. No. 4.) Petitioner also filed a Motion to Strike the California Respondents' filing. (Pet.'s Mot. to Strike, Dkt. No. 5.)

The Court has already vacated the purported arbitration award. (*See* Order at 4.)

Accordingly, Petitioner's motions are DENIED as moot.

Any future filings by Petitioner relating to the purported arbitration award will be summarily denied as moot. This miscellaneous matter is closed.

IT IS SO ORDERED.

Dated: February 7, 2020

KANDIS A. WESTMORE
United States Magistrate Judge